# First District Court of Appeal
## State of Florida

———————————————

No. 1D17-4817

———————————————

Kenny Ray Chapman,

Appellant,

v.

State of Florida,

Appellee.

———————————————

On appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Judge.

September 19, 2019

Per Curiam.

Affirmed.

Ray, C.J., and B.L. Thomas and Winokur, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Andy Thomas, Public Defender, Megan Long, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.